**LAW OFFICES OF MARTIN E. RESTITUYO, P.C.**
1345 Avenue of the Americas, 2nd Floor, New York, New York 10105

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

June 22, 2018

**BY ECF**

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: Brens, et al., v. Morelia Mexican Rest. Inc., et al., CA No. 1:16-cv-07073

Dear Judge Preska:

  This firm has recently been retained to represent defendants Morelia Mexican Restaurant Inc. (d/b/a Made in Mexico) Ismael Garcia, and William Segura (collectively referred to as "Defendants") in the above-referenced matter. On consent of Plaintiffs' counsel, we write to respectfully request an adjournment of the hearing on the Motion for Default Judgment scheduled for June 26, 2018 at 10:00 AM.

  Plaintiffs' counsel was consulted prior to making this request and have consented to adjourn the proceedings to July 27, 2018.

  The parties thank the Court for its time and attention to this matter.

Respectfully Submitted,

_____
Martin E. Restituyo, Esq.

*Counsel for Defendants*

Cc: Joshua S. Androphy, Esq.