# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd St. Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

November 2, 2018

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11-5-18

Re:   Brens et al v. Morelia Mexican Rest. Inc. et al.,
      16 cv 7073 (LAP)

Dear Judge Preska:

This office represents Plaintiffs in the above referenced matter. I write y with the consent of Defendants to respectfully request that the Court extend the time to reopen the action to November 15, 2018. The parties have resolved their disputes over the settlement agreement and jointly request that the Court keep the case open for another two weeks so that the parties have time to execute the agreement before the case is dismissed.

I thank the Court for its attention to this matter.

SO ORDERED

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
11/5/18

Respectfully Submitted,

/s/ Joshua S. Androphy

Joshua S. Androphy

CC:
Martin Restituyo (via ECF)

*Certified as a minority-owned business in the State of New York*